IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| Michael P. Bertino | ) | |
| Kimberly A. Bertino | ) | Case No. 18-34493 |
| | ) | |
| Debtors. | ) | Honorable Deborah L. Thorne |
| | ) | |

## AFFIDAVIT

Clark Binkley, being first duly sworn on oath, under penalties of perjury, states as follows on this 18th day of June, 2026.

1. I am an attorney at law, duly admitted to practice in this Court, and maintain an office for the practice of law, under the firm name of Levy Konigsberg located at 605 Third Avenue, 33rd Floor, New York, NY 10158. Clark Binkley, Attorney at Law is the proposed Attorney named in the Application hereto attached.

2. My law firm did represent the debtor in the personal injury matter after the bankruptcy was filed and is ready, willing and able to represent the Trustee of the bankruptcy estate in the event my appointment is approved. I understand I will now be representing the Trustee and not the debtor. My firm has no other connection with the debtor, any creditor in this case, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed by the office of the United States Trustee within my knowledge.

3. I have reviewed the Debtor's Schedules, and to the best of my knowledge, I have no connection with any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U. S. Trustee. Neither I nor Levy Konigsberg represents any interest adverse to the aforesaid estate of the Debtor in the matters upon which we are to be engaged and know of no reason why our firm cannot faithfully discharge its duties as attorneys for the Trustee herein.

4. If called as a witness, I could competently testify to the information contained in this affidavit.

FURTHER AFFIANT SAYETH NAUGHT

VERIFICATION

Under penalties as provided by law pursuant to 28 U.S.C. 1746, I verify, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of June, 2026.

______________________
Clark Binkley